from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1025. IN RE DISBARMENT OF BOXER. It is ordered that Harry Boxer, of Lomita, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1026. IN RE DISBARMENT OF GALLAGHER. It is ordered that Dennis William Gallagher, of New Rochelle, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1027. IN RE DISBARMENT OF SAGEN. It is ordered that Burt H. Sagen, of Parma, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1028. IN RE DISBARMENT OF WEBER. It is ordered that John Anthony Weber, Jr., of Westwood, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–256. CHAMBERS v. NASCO, INC., *ante*, p. 32;

No. 90–1272. BULLARD v. MADIGAN, SECRETARY OF AGRICULTURE, 500 U. S. 916;

No. 90–1534. HOLLINGSWORTH v. TEXAS ET AL., 500 U. S. 942;

No. 90–1605. YOUNG v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 1206;

No. 90–5193. MU'MIN v. VIRGINIA, 500 U. S. 415;

No. 90–6633. HOPE v. ILLINOIS, *ante*, p. 1202;

No. 90–7259. SANDERS v. CALIFORNIA, 500 U. S. 948;

No. 90–7284. CHAMBERS v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, 500 U. S. 944;

No. 90–7435. SPENCER v. GEORGIA, 500 U. S. 960;

No. 90–7469. GASKINS v. MCKELLAR, WARDEN, ET AL., 500 U. S. 961;

No. 90–7539.   HORTON *v.* UNITED STATES, *ante*, p. 1234;

No. 90–7558.   THOMAS *v.* NEBRASKA, 500 U. S. 944;

No. 90–7609.   BUSCH *v.* JEFFES ET AL., 500 U. S. 936;

No. 90–7612.   FARRELL *v.* O'BANNON ET AL., 500 U. S. 955;

No. 90–7697.   WATSON *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, *ante*, p. 1208;

No. 90–7726.   HENDRICKS *v.* DEPARTMENT OF THE TREASURY, *ante*, p. 1234;

No. 90–7741.   POWELL *v.* ROBERTS ET AL., *ante*, p. 1208;

No. 90–7745.   WHITT *v.* CALIFORNIA, *ante*, p. 1213;

No. 90–7754.   DEMPSEY *v.* WHITE, *ante*, p. 1208;

No. 90–7770.   FRANK *v.* CALIFORNIA, *ante*, p. 1213;

No. 90–7783.   AUSTIN ET UX. *v.* WASHINGTON ET AL., 500 U. S. 957;

No. 90–7786.   CASTOR *v.* CLARK, WARDEN, ET AL., 500 U. S. 960;

No. 90–7813.   JONES *v.* EASTMAN KODAK CO., *ante*, p. 1220;

No. 90–7886.   SHOWS *v.* NCNB NATIONAL BANK OF NORTH CAROLINA ET AL., *ante*, p. 1236;

No. 90–7956.   PARKER *v.* AMERICAN NATIONAL RED CROSS, *ante*, p. 1255;

No. 90–7979.   MOSCONY *v.* UNITED STATES, *ante*, p. 1211; and

No. 90–8068.   SMITH *v.* UNITED STATES, *ante*, p. 1237.   Petitions for rehearing denied.

No. 90–1119.   LEBLANC *v.* UNITED STATES, 499 U. S. 921; and

No. 90–7825.   WINDLE *v.* MARYLAND, 500 U. S. 946.   Motions for leave to file petitions for rehearing denied.

No. 90–5744.   CHAPMAN ET AL. *v.* UNITED STATES, 500 U. S. 453.   Petition for rehearing denied.   Petition of Stanley J. Marshall for rehearing denied.*

AUGUST 20, 1991

No. A–116.   WATKINS ET AL. *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL.   D. C. S. D. Miss.   Application for injunction and

———

*[REPORTER'S NOTE: Stanley J. Marshall was an appellant in the case below.   See *United States* v. *Marshall*, 908 F. 2d 1312 (CA7 1990).   Marshall's petition for certiorari was denied in *Marshall* v. *United States*, No. 90–929, *ante*, p. 1205.]